# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, INC., and SCHNEIDER NATIONAL, INC., <br><br>Plaintiffs, <br><br>v. <br><br>RAPTOR AUTO TRANSPORT INC, <br><br>Defendant. | Case No: 1:23-cv-00469-BMB <br><br> JUDGE BRIDGET MEEHAN BRENNAN |

## DEFENDANT RAPTOR AUTO TRANSPORT INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.1(b), Defendant Raptor Auto Transport Inc. ("Raptor Auto") makes the following disclosures:

1. Raptor Auto does not have any parent, subsidiary, or affiliate corporation.

2. No publicly held corporation owns 10% or more of Raptor Auto's stock.

3. No publicly held corporation or its affiliate has a substantial interest in the outcome of the case by reason of insurance, franchise agreement, or indemnity agreement with Raptor Auto.

Dated: May 11, 2023

        Respectfully submitted,

        **BENESCH, FRIEDLANDER,**
         **COPLAN & ARONOFF LLP**

        /s/ *Eric L. Zalud*
        Eric Larson Zalud (0038959)
        Clare R. Taft (0076570)
        Angela R. Gott (0082198)
        Lidia C. Mowad (0097973)
        200 Public Square, Suite 2300
        Cleveland, OH  44114
        (216) 363-4500 - Telephone
        (216) 363-4588 - Facsimile
        ezalud@beneschlaw.com
        ctaft@beneschlaw.com
        agott@beneschlaw.com
        lmowad@beneschlaw.com

        *Attorneys for Raptor Auto Transport, Inc.*