**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)**

| | |
|---|---|
| SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, INC. and SCHNEIDER NATIONAL, INC., <br><br>　　　Plaintiffs, <br><br>v. <br><br>RAPTOR AUTO TRANSPORT, INC., <br><br>　　　Defendant. | Case No. 1:23-cv-00469-BMB <br><br> Hon. Bridget Meehan Brennan |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised of the following address change effective upon filing with the Clerk:

**Former Address:**

Eric Larson Zalud (0038959)
Clare R. Taft (0076570)
Angela R. Gott (0082198)
Lidia C. Mowad (0097973)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH  44114
(216) 363-4500 - Telephone
(216) 363-4588 - Facsimile
ezalud@beneschlaw.com
ctaft@beneschlaw.com
agott@beneschlaw.com
lmowad@beneschlaw.com


**Current Address:**

Eric Larson Zalud (0038959)
Clare R. Taft (0076570)
Angela R. Gott (0082198)
Lidia C. Mowad (0097973)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH  44114-1284
(216) 363-4500 - Telephone

(216) 363-4588 - Facsimile
ezalud@beneschlaw.com
ctaft@beneschlaw.com
agott@beneschlaw.com
lmowad@beneschlaw.com

Specifically, the Firm's Cleveland office street address has changed; counsel's other contact information, including email, fax, and telephone, remain the same.

Dated:  August 10, 2023

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 /s/ *Lidia C. Mowad*
Eric Larson Zalud (0038959)
Clare R. Taft (0076570)
Angela R. Gott (0082198)
Lidia C. Mowad (0097973)
127 Public Square, Suite 4900
Cleveland, OH  44114-1284
(216) 363-4500 - Telephone
(216) 363-4588 - Facsimile
ezalud@beneschlaw.com
ctaft@beneschlaw.com
agott@beneschlaw.com
lmowad@beneschlaw.com

*Attorneys for Defendant Raptor Auto Transport Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 */s/ Lidia C. Mowad*
Lidia C. Mowad