# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, INC. and SCHNEIDER NATIONAL, INC., <br><br>Plaintiffs,<br><br>v.<br><br>RAPTOR AUTO TRANSPORT, INC.,<br><br>Defendant. | Case No. 1:23-cv-00469-BMB <br><br> Hon. Bridget Meehan Brennan |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Northern District of Ohio Local Civil Rule 83.9, Eric Larson Zalud, Clare R. Taft, Angela R. Gott, and Lidia C. Mowad (the "Benesch Attorneys") hereby move to withdraw as counsel of record for Defendant Raptor Auto Transport, Inc. ("Raptor") in the above-captioned proceeding. Withdrawal of the Benesch Attorneys will not prejudice Raptor's rights, as attorneys Brendan M. Richard and Kevion M. Norchi have entered appearances as counsel of record for Raptor in the above-captioned proceeding. The Benesch Attorneys have given prior written notice to Raptor and Plaintiffs Schneider National Carriers, Inc., Schneider National Leasing, Inc. and Schneider National, Inc.

WHEREFORE, Eric Larson Zalud, Clare R. Taft, Angela R. Gott, and Lidia C. Mowad respectfully move this Honorable Court for an order granting them leave to withdraw as counsel on behalf of Raptor.

Dated: November 13, 2023

                                      Respectfully submitted,

                                      **BENESCH, FRIEDLANDER,**
                                      **COPLAN & ARONOFF LLP**

                                      */s/ Eric Larson Zalud*
                                      Eric Larson Zalud (0038959)
                                      Clare R. Taft (0076570)
                                      Angela R. Gott (0082198)
                                      Lidia C. Mowad (0097973)
                                      200 Public Square, Suite 2300
                                      Cleveland, OH 44114
                                      (216) 363-4500 - Telephone
                                      (216) 363-4588 - Facsimile
                                      ezalud@beneschlaw.com
                                      ctaft@beneschlaw.com
                                      agott@beneschlaw.com
                                      lmowad@beneschlaw.com

                                      *Attorneys for Defendant*
                                      *Raptor Auto Transport, Inc.*

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically with the Court on November 13, 2023. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Eric Larson Zalud*
                                      Eric Larson Zalud