IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCHNEIDER NATIONAL CARRIERS, INC., et al., | * * |
| Plaintiffs, | * CIVIL ACTION FILE * NO. 1:23-cv-00469-BMB * |
| v. | * Judge Bridget Meehan Brennan * |
| RAPTOR AUTO TRANSPORT, INC., | * * |
| Defendant. | * |

## DEFENDANT RAPTOR AUTO TRANSPORT, INC.'S NOTICE OF BANKRUPTCY AND SUGGESTION OF STAY

COMES NOW Defendant Raptor Auto Transport, Inc. and notifies the Court that on March 14, 2024, it filed a petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York, which has been assigned case number 1-24-41140-jmm by that Court. Pursuant to 11 U.S.C. § 362, the action against Defendant Raptor Auto Transport, Inc. is stayed by operation of law until the petition is resolved or the bankruptcy court grants relief from the stay.

This 19th day of March, 2024.

Respectfully submitted,

/s/ Brendan M. Richard

KEVIN M. NORCHI (0034659)
BRENDAN M. RICHARD (0085912)
**FREEMAN MATHIS & GARY, LLP**
3201 Enterprise Parkway, Suite 190
Cleveland, OH 44122
Telephone: 216-514-9500
Facsimile: 888-356-3596
E-mail: Kevin.Norchi@fmglaw.com
Brendan.Richard@fmglaw.com

/s/ Leo G. Kogan

LEO G. KOGAN (GA Bar No. 569425)
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway – Suite 1600
Atlanta, GA 30339-5948
Telephone: 770-818-0000
Facsimile: 833-330-3669
E-mail: lkogan@fmglaw.com
Admitted *Pro Hac Vice*

Counsel for Defendant
Raptor Auto Transport, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2024, the foregoing Defendant's Notice of Bankruptcy and Suggestion of Stay was filed via the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

/s/ Brendan M. Richard

One of the Attorneys for Defendant
Raptor Auto Transport, Inc.

17006.109505